UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| HERBERT BOOKER, | Case No. CV 00-10199-DDP (JWJ) |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Complaint, Certified Administrative Record and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that a Judgment be entered remanding the decision of the Administrative Law Judge to the Commissioner for further proceedings.

///

///

///

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the parties.

DATED: October 8, 2009

_____
DEAN D. PREGERSON
United States District Judge