UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| HERBERT BOOKER, | Case No. CV 00-10199-DDP (JWJ) |
| Plaintiff, | JUDGMENT |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that the decision of the administrative law judge is remanded to the Commissioner for further proceedings.

DATED: October 8, 2009

_____
DEAN D. PREGERSON
United States District Judge